Phillip D. McFARLAND, Appellant,

v.

State of IOWA, Appellee.

No. 04–2786.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 7, 2005.

Decided: Oct. 10, 2005.

Thomas James Clarke, Jr., Isaacson & Clarke, Des Moines, IA, for Appellant.

Phillip D. McFarland, Anamosa, IA, pro se.

Robert P. Ewald, Attorney General's Office, Des Moines, IA, for Appellee.

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Phillip McFarland appeals the district court's[1] denial of his 28 U.S.C. § 2254 petition. The district court granted a certificate of appealability limited to the issue whether defense counsel should have re-

quested a jury instruction regarding the common law right to bounty hunt. We affirm for the reasons explained by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.